LEDDELL, appellant, and DENTON and wife, respondents.

The decree appealed from in this cause was unanimously affirmed, with costs, for the reasons given by the Chancellor in his opinion, (8 C. E. Green 65,) which was adopted as the opinion of this court in the case.